## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

**CARLOS TAYLOR, JR.,**

       **Plaintiff,**

**v.**                          **CASE NO. 5:12-cv-110-RS-CJK**

**FLORIDA DEPARTMENT OF
CORRECTION MEDICAL
DEPARTMENTS,**

       **Defendants.**

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 5).  No objections have been filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The case is **DISMISSED for lack of subject matter jurisdiction.**

3. The clerk is directed to close the file.

**ORDERED** on June 13, 2012.

                    /S/ Richard Smoak
                    **RICHARD SMOAK**
                    **UNITED STATES DISTRICT JUDGE**